**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Paula Corley Marx
Louisiana Appellate Project
P. O. Box 82389
Lafayette LA 70598-2389

> Judgment on rehearing rendered and mailed to all parties or counsel of record on March 18, 2020

**REHEARING ACTION: March 18, 2020**

**Docket Number: 19   00507-KA**

**STATE OF LOUISIANA**
**VERSUS**
**RAY DONALD BRISTER, JR.**

**Appealed from Jefferson Davis Parish Case No. CR-108-17**

**BEFORE JUDGES:**

   **Hon. John E. Conery**
   **Hon. Van H. Kyzar**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ray Donald Brister, Jr.** has this day been

   **GRANTED.** (See majority opinion on rehearing also rendered this date)

cc: Bennett R. LaPoint, Counsel for the Appellee
    Michael Cade Cassidy, Counsel for the Appellee